JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 629 -- In re Motola "Jeannie, Jeannie, Jeannie" Copyright Litigation

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/01/15 | 1 | MOTION, BRIEF, SCHEDULE, AND CERT. OF SVC. -- pltf. George Motola -- SUGGESTED TRANSFEREE DISTRICT: C.D. CALIFORNIA; SUGGESTED TRANSFEREE JUDGE: PAMELA ANN RYMER (rh) |
| 85/01/25 | | APPEARANCES: DAVID A. GERBER, ESQ. for George Motola; CANDACE E. CARLO, ESQ. for EMI America Records; Brian Setzer Lee Rocker; Jim Phantom; The Stray Cats; Music Plus; The Wherehouse; Tower Records; Licorice Pizza, Inc.; Gola Electronics; Listening Booth Records; Radio 437 Store, Inc.; Sound Odyseey, Inc.; Sound of Market Street; Wall to Wall Sound, Inc.; Wee Three Records Shop, Inc.; Franklin Music Company; Seberts, Inc.; Oz Campus Stores, Inc.; The Record Bar, Inc.; Turtles Records and Tapes, Inc.; NRM, Inc.; Lou's Music Connection, Inc.; Record Outlet; Inter Leisure Corp.; Downtown Records, Inc.; Downtown Records North State Street, Inc.; Downtown Records Rush Street, Inc.; Downtown Records West Randolph, Inc.; Laury's Discount Records Evanston, Inc.' Laury's Discount Records Loop, Inc.; Musicland, Inc.; Peaches Records and Tapes, Inc.; Rose Records, Inc.; Camelot Music, Inc.; Record Den, Inc.; B&B Record Sales Corp.; Record Rendezvous, Inc.; Record Theatre, Inc. Records Unlimited, Inc. Strawberries, Inc.; Good Vibrations, Inc.; Beggar's Banquet Records, Inc.; Harvard Cooperative Society Hastings Book and Records, Inc.; Hit Records; Melody Shop, Inc.; Sound Warehouse of Dalllas, Inc.; Bad Records, Inc.; Harmony House Records and Tapes, Inc.; Sam's Jams; C.L.M., Inc.; Sound-disk Tributors, Inc.; Mr. Music, Inc.; Mr. Music of Houston, Inc.; Music Leisure, Inc.; Pickwick International, Inc.; Soundwaves, Inc.; Tower Records and Tapes, Inc.; Crazy Eddie, Inc.; Disc-O-Mat III Systems Corp., Harmony Music Corp J&R Music World, Inc; King Karol Tapes, Inc.; The Record Hunter, Inc.; Sam Goody, Inc. (rh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 629 -- In re Motola "Jeannie, Jeannie, Jeannie" Copyright Litigation

| Date | Pldg. | Pleading Description |
|---|---|---|
| 85/01/30 | 2 | REQUEST FOR EXTENSION OF TIME -- Defts. EMI America Records; Brian Setzer Lee Rocker; Jim Phantom; The Stray Cats; Music Plus; The Wherehouse; Tower Records; Licorice Pizza, Inc.; Gola Electronics; Listening Booth Records; Radio 437 Store, Inc.; Sound Odyseey, Inc.; Sound of Market Street; Wall to Wall Sound, Inc.; Wee Three Records Shop, Inc.; Franklin Music Company; Seberts, Inc.; Oz Campus Stores, Inc.; The Record Bar, Inc.; Turtles Records and Tapes, Inc.; NRM, Inc.; Lou's Music Connection, Inc.; Record Outlet; Inter Leisure Corp.; Downtown Records, Inc.; Downtown Records North State Street, Inc.; Downtown Records Rush Street, Inc.; Downtown Records West Randolph, Inc.; Laury's Discount Records Evanston, Inc.' Laury's Discount Records Loop, Inc.; Musicland, Inc.; Peaches Records and Tapes, Inc.; Rose Records, Inc.; Camelot Music, Inc.; Record Den, Inc.; B&B Record Sales Corp.; Record Rendezvous, Inc.; Record Theatre, Inc. Records Unlimited, Inc. Strawberries, Inc.; Good Vibrations, Inc.; Beggar's Banquet Records, Inc.; Harvard Cooperative Society Hastings Book and Records, Inc.; Hit Records; Melody Shop, Inc.; Sound Warehouse of Dalllas, Inc.; Bad Records, Inc.; Harmony House Records and Tapes, Inc.; Sam's Jams; C.L.M., Inc.; Sound-disk Tributors, Inc.; Mr. Music, Inc.; Mr. Music of Houston, Inc.; Music Leisure, Inc.; Pickwick International, Inc.; Soundwaves, Inc.; Tower Records and Tapes, Inc.; Crazy Eddie, Inc.; Disc-O-Mat III Systems Corp., Harmony Music Corp J&R Music World, Inc; King Karol Tapes, Inc.; The Record Hunter, Inc.; Sam Goody, Inc. -- GRANTED to and including February 13, 1985 -- Notified involved counsel (rh) |
| 85/02/13 | 3 | NOTICE OF NON-OPPOSITION -- ALL Defendants -- w/cert. of service (cds) |
| 85/02/21 | | HEARING ORDER -- Setting motion to transfer for Panel Hearing ~~Order~~ on March 28, 1985 in Los Angeles, Calif. (emh) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 629 -- **In re Motola " Jeannie, Jeannie, Jeannie" Copyright Litigation**

| Date | Ref. | Pleading Description |
|---|---|---|
| 85/03/28 | | HEARING APPEARANCES: DAVID A. GERBER, ESQ. for George Motola; CANDACE E. CARLO, ESQ. for All Defendants   (rh) |
| 85/04/17 | | CONSENT OF TRANSFEREE COURT -- consenting to the assignment of litigation to the Honorable Pamela A. Rymer for pretrial proceedings, pursuant to 28 U.S.C. §1407.  (ds) |
| 85/04/17 | | TRANSFER ORDER -- transferring A-2 thru A-8 and A-10 thru A-12 to the Central District of California for pretrial proceedings, pursuant to 28 U.S.C. §1407.  Notified involved clerks, judges, counsel and misc. recipients.  (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 629 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE MOTOLA "JEANNIE, JEANNIE, JEANNIE" COPYRIGHT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| 3/28/85 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | 4/17/85 | TO | (Unpublished) | C.D. Cal. | Pamela A. Rymer | |

### Special Transferee Information

discovery Magistrate
James W. McMahon.

DATE CLOSED: 7/29/86

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. __629__ -- In re Motola "Jeannie, Jeannie, Jeannie" Copyright Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | George Motola v. Emi America Records, et al. | C.D.Cal. Rymer | CV-82-6308 PAR | | | 11/18/86 D | |
| A-2 | George Motola v. Franklin Music Company, et al. | N.D.Ga. Forrester | C84-2410A | 4/17/85 | 85-3440 | 7/29/86 D | |
| A-3 | George Motola v. Inter Leisure Corp., et al. | N.D.Ill. Nordberg | 84-C-10178 | 4/17/85 | 85-3343 | 7/29/86 D | |
| A-4 | George Motola v. Strawberries, Inc., et al. | D.Mass. Garrity | 84-3886-G | 4/17/85 | 85-3338 | 7/29/86 D | |
| A-5 | George Motola v. Bad Records, Inc. 11, et al. | E.D.Mich. Gilmore | 84-CV-05523 DT | 4/17/85 | 85-4070 | 7/29/86 D | |
| A-6 | George Motola v. C.M.L., Inc., et al. | E.D.Mo. Limbaugh | 84-2688-C-5 | 4/17/85 | 85-3387 | 7/29/86 D | |
| A-7 | George Motola v. Crazy Eddie, Inc., et al. | S.D.N.Y. Pollack | 84-CIV-8974 | 4/17/85 | 85-3339 | 7/29/86 D | |
| A-8 | George Motola v. Camelot Music, Inc., et al. | N.D.Ohio Bell | C-84-3628 | 4/17/85 | 85-3345 | 7/29/86 D | |
| A-9 | George Motola v. Gola Electronics, et al. | C.D.Cal. ~~E.D.Pa.~~ ~~Weiner~~ Byrne | CV85-748WMB(Mcx) ~~84-5362~~ | | | 7/29/86 D | |
| A-10 | George Motola v. NRM, Inc., et al. | W.D.Pa. Ziegler | 84-2724 | 4/17/85 | 85-3346 | 7/29/86 D | |
| A-11 | George Motola v. Hastings Books & Records, Inc., et al. | N.D.Tex. Buchmeyer R | CA3-84-2038 | 4/17/85 | 85-3342 | 7/29/86 D | |

DOCKET NO. 629 -- In re Motola "Jeannie, Jeannie, Jeannie" Copyright Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-12 | George Motola v. Mr. Music, Inc., et al. | S.D.Tex. Cire | H-84-4891 | 4/19/85 | 85-3341 | 7/29/86 | |

July 1985 — 10 TR; 2 XYZ; 12 Pdg.
July 1986 — Same
July 1987 — 1 Dis/11 Pdg (Stayed)
July 1988 — 11 Dis / Docket Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 629 -- In re Motola "Jeannie, Jeannie, Jeannie" Copyright Litigation

---

GEORGE MOTOLA (A-1 - A-12)
David A. Gerber, Esquire
Loeb & Loeb
One Wilshire Bldg., Suite 1600
Wilshire Boulevard at Grand Avenue
Los Angeles, California 90017

EMI AMERICA RECORDS
BRIAN SETZER
LEE ROCKER
JIM PHANTOM
THE STRAY CATS
MUSIC PLUS
THE WHEREHOUSE
TOWER RECORDS
LICORICE PIZZA, INC.
GOLA ELECTRONICS
AIV ELECTRONIC
LISTENNING BOOTH RECORDS
RADIO 437 STORE, INC.
SOUND ODYSSEY, INC.
SOUND OF MARKET STREET
WALL TO WALL SOUND, INC.
WEE THREE RECORDS SHOP, INC.
FRANKLIN MUSIC COMPANY
SEBERTS, INC.
OZ CAMPUS STORES, INC.
THE RECORD BAR, INC.
TURTLES RECORDS AND TAPES, INC.
NRM, INC.
LOU'S MUSIC CONNECTION, INC.
RECORD OUTLET
INTER LEISURE CORP.
DOWNTOWN RECORDS, INC.
DOWNTOWN RECORDS NORTH STATE STREET, INC.
DOWNTOWN RECORDS ON RUSH STREET, INC.
DOWNTOWN RECORDS ON STATE PARKWAY, INC.

DOWNTOWN RECORDS WEST RANDOLPH, INC.
LAURY'S DISCOUNT RECORDS EVANSTON, INC.
LAURY"S DISCOUNT RECORDS LOOP, INC.
MUSICLAND, INC.
PEACHES RECORDS AND TAPES, INC.
ROSE RECORDS, INC.
CAMELOT MUSIC, INC.
RECORD DEN, INC.
B & B RECORD SALES CORP.
RECORD RENDEZVOUS, INC.
RECORD THEATRE, INC.
RECORDS UNLIMITED, INC.
STRAWBERRIES, INC.
GOOD VIBRATIONS, INC.
BEGGAR'S BANQUET RECORDS, INC.
HARVARD COOPERATIVE SOCIETY
HASTINGS BOOKS AND RECORDS, INC.
HIT RECORDS
MELODY SHOP, INC.
SOUND WAREHOUSE OF DALLAS, INC.
BAD RECORDS, INC.
HARMONY HOUSE RECORDS AND TAPES, INC.
SAM'S JAMS
C.M.L., INC. (Music Vision)
SOUND-DISK TRIBUTORS, INC.
MR. MUSIC, INC.
MR. MUSIC OF HOUSTON, INC.
MUSIC LEISURE, INC.
PICKWICK INTERNATIONAL, INC.
SOUNDWAVES, INC.
SOUTH MAIN RECORDS, INC.
TOWER RECORDS AND TAPES, INC.
CRAZY EDDIE, INC.
DISC-O-MAT II SYSTEMS CORP.
HARMONY MUSIC CORP
J & R MUSIC WORLD, INC.
KING KAROL TAPES, INC.
THE RECORD HUNTER, INC.
SAM GOODY, INC.

Counsel name list on back

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____

| | |
|---|---|
| Candace E. Carlo, Esquire<br>Gang, Tyre & Brown<br>6400 Sunset Building<br>Los Angeles, California  90028 | |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 629 -- In re Motola "Jeannie, Jeannie, Jeannie" Copyright Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| EMI America Records | A-1 |
| Brian Setzer | A-1 |
| Lee Rocker | A-1 |
| Jim Phantom | A-1 |
| The Stray Cats | A-1 |
| Music Plus | A-1 |
| The Wherehouse | A-1 |
| Tower Records | A-1 |
| Licorice Pizza, Inc. | A-1 |
| Franklin Music | A-2 |
| Seberts, Inc. | A-2 |

p. 2

| | |
|---|---|
| Oz Campus Stores, Inc. | A-2 |
| Record Bar, Inc. | A-2 |
| Turtles Records and Tapes, Inc. | A-2, A-3 |
| Inter Leisure Corp. | A-3 |
| Downtown Records, Inc. | A-3 |
| Downtown Records North State Street, Inc. | A-3 |
| Downtown Records on Rush Street, Inc. | A-3 |
| Downtown Records on State Parkway, Inc. | A-3 |
| Downtown Records West Randolph, Inc. | A-3 |
| Laury's Discount Records Evanston, Inc. | A-3 |
| Laury's Discount Records Loop, Inc. | A-3 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 629 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Musicland, Inc. | A-3 |
| Peaches Records and Tapes, Inc. | A-3 |
| Rose Records, Inc. | A-3 |
| Strawberries, Inc. | A-4 |
| Good Vibrations, Inc. | A-4 |
| Beggar's Banquet Records, Inc. | A-4 |
| Harvard Cooperative Society | A-4 |
| Bad Records, Inc. | A-5 |
| Sam's Jams | A-5 |
| Harmony House Records and Tapes, Inc. | A-5 |
| C.M.L., Inc. (Music Vision) | A-6 |

p. __4__

| | |
|---|---|
| Sound Disk Tributors, Inc. | A-6 |
| Crazy Eddie, Inc. | A-7 |
| Disco-O-Mat III Systems Corp. | A-7 |
| Harmony Music Corp. | A-7 |
| J & R Music World, Inc. | A-7 |
| King Karol Tapes, Inc. | A-7 |
| The Record Hunter, Inc. | A-7 |
| Sam Goody, Inc. | A-7 |
| Camelot Music, Inc. | A-8 |
| Record Den, Inc. | A-8 |
| B & B Record Sales Corp. | A-8 |

JPML FORM 3

p. 5

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 629 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Record Rendezvous, Inc. | A-8 |
| Record Theatre, Inc. | A-8 |
| Records Unlimited, Inc. | A-8 |
| Gola Electronics | A-9 |
| Avi Electronics | A-9 |
| Listening Booth Records | A-9 |
| Radio 437 Store, Inc. | A-9 |
| Sound Odyssey, Inc. | A-9 |
| Sound of Market Street | A-9 |
| Wall to Wall Sound, Inc. | A-9 |
| Wee Three Records Shop, Inc. | A-9 |

| | |
|---|---|
| NRM, Inc. | A-10 |
| Lou's Music Connection, Inc. | A-10 |
| Record Outlet, Inc. | A-10 |
| Hastings Books and Records, Inc. | A-11 |
| Hit Records | A-11 |
| Melody Shop, Inc. | A-11 |
| Sound Warehouse of Dallas, | A-11 |
| Mr. Music, Inc. | A-12 |
| Mr. Music of Houston, Inc. | A-12 |
| Music Leisure, Inc. | A-12 |
| Pickwick International, Inc. | A-12 |

JPML FORM 3

p. 7

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 629 -- _____

| Name of Party | Named as Party in Following Actions |
|---|---|
| Soundwaves, Inc. | A-12 |
| South Main Records, Inc. | A-12 |
| Tower Records and Tapes, Inc. | A-12 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |