JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

APR 17 1985

PATRICIA D. HOWARD
CLERK OF THE PANEL

DOCKET NO. 629

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE MOTOLA "JEANNIE, JEANNIE, JEANNIE" COPYRIGHT LITIGATION

TRANSFER ORDER*

    The Panel having ruled from the bench at the hearing held on this matter that the actions in this litigation raise common questions of fact and that their centralization in the Central District of California pursuant to 28 U.S.C. §1407 will best serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation.

    IT IS ORDERED that the actions listed on the attached Schedule A and pending in districts other than the Central District of California be, and the same hereby are, transferred pursuant to Section 1407 to that district and, with the consent of that court, assigned to the Honorable Pamela A. Rymer for coordinated or consolidated pretrial proceedings with the actions already pending there and listed on Schedule A.

FOR THE PANEL:

*Andrew A. Coffey*
Andrew A. Coffey
Chairman

---

\* Judge Sam C. Pointer, Jr. took no part in the decision of this matter.

Schedule A

MDL-629 -- In re Motola "Jeannie, Jeannie, Jeannie Copyright Litigation

Central District of California

George Motola v. Emi America Records, et al.,
   C.A. No. CV-82-6308-PAR
George Motola v. Gola Electronics, et al.,
   C.A. No. CV85-748WMB(Mcx)

Northern District of Georgia

George Motola v. Franklin Music Company, et al.,
   C.A. No. C84-2410A

Northern District of Illinois

George Motola v. Inter Leisure Corp., et al.,
   C.A. No. 84-C-10178

District of Massachusetts

George Motola v. Strawberries, Inc., et al.,
   C.A. No. 84-3886-G

Eastern District of Michigan

George Motola v. Bad Records, Inc. 11, et al.,
   C.A. No. 84-CV-05523-DT

Eastern District of Missouri

George Motola v. C.M.L., Inc., et al.,
   C.A. No. 84-2688-C-5

Southern District of New York

George Motola v. Crazy Eddie, Inc., et al.,
   C.A. No. 84-CIV-8974

Northern District of Ohio

George Motola v. Camelot Music, Inc., et al.,
   C.A. No. C-84-3628

Western District of Pennsylvania

George Motola v. NRM, Inc., et al.,
   C.A. No. 84-2724

Northern District of Texas

George Motola v. Hastings Books & Records, Inc., et al.,
   C.A. No. CA3-84-2038-R

Southern District of Texas

George Motola v. Mr. Music, Inc., et al.,
   C.A. No. H-84-4891